[No. 64349-5-I.   Division One.   November 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD CONNOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12843-8, Theresa B. Doyle, J., entered September 28, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Appelwick, JJ.

[No. 64497-1-I.   Division One.   November 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. VIET QUOC VU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-08941-5, Steven C. Gonzalez, J., entered October 15, 2009. *Remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Grosse and Spearman, JJ.

[No. 64504-8-I.   Division One.   November 15, 2010.]

JUDITH ANDERSON, *Respondent*, v. RICHARD ANDERSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-03928-5, Eric Z. Lucas, J., entered November 16, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Grosse, J., concurred in by Becker and Schindler, JJ.

[No. 64521-8-I.   Division One.   November 15, 2010.]

*In the Matter of the Marriage of* BONNIE LEE ANDERSON, *Respondent*, and MARK STEVEN WYSLING, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-3-02412-9, Kenneth L. Cowsert, J., entered October 28, 2009. *Reversed* and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Ellington and Schindler, JJ.